| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Squatrito, Dominic J. | 2. Court or Organization US District Court Hartford, CT | 3. Date of Report 05/20/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.s. Distr. Judge-Senior Status | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address US District Court 450 Main Street Hartford, CT 06103 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2010 JUN 21 A 9:37 DISCLOSURE FINANCIAL OFFICE

Squatrito, Dominic J.

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | wages and pass through |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. People's United Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit for | P2 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Contra Fund-mutual fund | A | Dividend | J | T | | | | | |
| 2. Bank of America - checking account | D | Interest | L | T | | | | | |
| 3. Bank of America - certificate of deposit | B | Interest | M | | Closed | | | | |
| 4. Bank of America - certificate of deposit | B | Interest | M | | | | | | |
| 5.      - common stock | G | Int./Div. | P1 | | | | | | |
| 6. Land, Windham, CT | | None | K | W | | | | | |
| 7. Cossombrato, Italy - real estate | | None | M | W | | | | | |
| 8. Rental Property, South Kingston, RI (102) | A | Rent | O | W | | | | | |
| 9.      South Windsor, CT | | | P1 | W | | | | | |
| 10. Federated Capital Reserves | C | Dividend | M | T | | | | | |
| 11. Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 12. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 13. World Com, Inc. - common stock | | None | | T | | | | | |
| 14. Oppenheimer Senior Floating Rate Fund | A | Dividend | L | T | | | | | |
| 15. Oppenheimer Ltd Trm Muni | A | Dividend | M | T | | | | | |
| 16. People's United Bank - Certificate of Deposit | A | Interest | | T | Buy | 03/17/08 | M | | |
| 17. | | | | | Closed | 03/18/10 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Pimco All Asset Fund Asset Fund | C | Dividend | M | T | | | | | |
| 19. Pioneer Global High Yield Fund | B | Dividend | L | T | | | | | |
| 20. Thornburg Investment Income Builder Fund | A | Dividend | L | T | Sold (part) | 12/23/09 | K | | |
| 21. Thornburg Value Fund A | A | Dividend | K | T | | | | | |
| 22. Manulife (John Hancock) Lifestyle Conserve Fund (401k) | | None | L | T | | | | | |
| 23. Oppenheimer Strategic Income Fund | A | Dividend | K | T | Sold (part) | 12/23/09 | J | | |
| 24. Oppenheimer International Bond Class A | A | Dividend | K | T | Sold (part) | 12/23/09 | J | | |
| 25. Principal Sam Balanced Portfolio Fund Class C | A | Dividend | K | T | | | | | |
| 26. Thornburg International Value Class A Foreign | A | Dividend | K | T | | | | | |
| 27. T Rowe Price Dividend Growth Fund | A | Dividend | K | T | | | | | |
| 28. Dodge & Cox International Stock Fund | A | Dividend | J | T | | | | | |
| 29. FPL Group Inc. | A | Dividend | J | T | | | | | |
| 30. PIMCO Investment GRD Corp-A | A | Dividend | K | T | | | | | |
| 31. PIMCO Unconstrained Bond A | A | Dividend | J | T | Buy | 06/09/09 | K | | |
| 32. | | | | | Sold | 12/23/09 | K | | |
| 33. Praxair Inc. Com | A | Dividend | J | T | | | | | |
| 34. Fidelity CT Municipal Income Fund | A | Dividend | K | T | | | | | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard High-Yield Corporate Fund | A | Dividend | J | T | | | | | |
| 36. NewAlliance Bank Taxable Deposite | A | Interest | L | T | | | | | |
| 37. Rental Property, South Kingston, RI (112) | | None | O | W | | | | | |
| 38. Coventry, CT Real Estate | | None | J | W | | | | | |
| 39. MFS Muni Limited Maturity A | A | Dividend | N | T | | | | | |
| 40. Staples, Inc. | | None | J | T | | | | | |
| 41. Apache Corp | | None | J | T | · | | | | |
| 42. Noble Corp | | None | J | T | | | | | |
| 43. Weatherford Ininll Ltd | | None | J | T | | | | | |
| 44. JP Morgan Chase & Co | | None | J | T | | | | | |
| 45. Abbott Labs | | None | J | T | | | | | |
| 46. TEVA Pharmaceutical Inds Ltd ADR | | None | J | T | | | | | |
| 47. Danaher Corp | | None | J | T | | | | | |
| 48. United Technologies Corp | | None | J | T | | | | | |
| 49. Autodesk Inc. | | None | J | T | | | | | |
| 50. Cisco Systems Inc. | | None | J | T | | | | | |
| 51. Inti. Business Machines Corp | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Research In Motion Limited | | None | J | T | | | | | |
| 53. Ecolab Inc. | | None | J | T | | | | | |
| 54. Freeportmcmoran Copperand Gold, Inc. | | None | J | T | | | | | |
| 55. Telefonica SA ADR | | None | J | T | | | | | |
| 56. Regional Sch Dis CT 1.900% 7/08/10 | | None | K | T | | | | | |
| 57. Plymouth, CT 2.000% 5/15/12 | | None | X | T | | | | | |
| 58. Griswold, CT 3.125% 9/15/14 | | None | K | T | | | | | |
| 59. Connecticut, St 2.750% 1/01/16 | | None | K | T | | | | | |
| 60. Portland, CT 3.500% 2/01/17 | | None | K | T | | | | | |
| 61. Derby, CT 4.250% 9/15/18 | | None | K | T | | | | | |
| 62. Deutsche CMO | | None | K | T | | | | | |
| 63. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

VI. Liabilities

People's United Bank/Connecticut Development Authority - Debt relating to

| Name of Person Reporting | Date of Report |
|---|---|
| Squatrito, Dominic J. | 05/20/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

NOTE: ANY INDIVIDUAL WHO KNOWINGL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544